1

UNITED STATES ex rel. Joseph KROL, Relator Appellant, v. COMMISSIONER OF IMMIGRATION, Respondent Appellee. (Circuit Court of Appeals, Second Circuit. May 18, 1925.) No. 364. Appeal from the District Court of the United States for the Southern District of New York. Morgan K. Harris, of Lawrence, L. I., N. Y., for appellant. Emory R. Buckner, U. S. Atty., of New York City (James C. Thomas, Asst. U. S. Atty., of New York City, of counsel), for appellee. Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Decree affirmed.

2

UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Clyde Steamship Company, Plaintiffs in Error, v. John V. HART, Defendant in Error. (Circuit Court of Appeals, Second Circuit. March 16, 1925.) No. 224. In Error to the District Court of the United States for the Eastern District of New York. Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (Joseph M. Dreyer, of New York City, of counsel), for plaintiffs in error. Arthur Lavenburg, of New York City, for defendant in error. Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.